# IN THE UNITED STATES DISTRICT COURT
# FOR THE EASTERN DISTRICT OF ARKANSAS
# WESTERN DIVISION

**UNITED STATES OF AMERICA**                                                            **PLAINTIFF**

**v.**                        **CASE NO. 4:06-CR-00297 BSM**

**BRIAN JEFFREY LITTON**                                                                **DEFENDANT**

## ORDER

Defendant Brian Litton's motion for early termination of supervised release [Doc. No. 196] is denied.

IT IS SO ORDERED this 17th day of April 2018.

_____
UNITED STATES DISTRICT JUDGE